# NO. 12-14-00115-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JASON WAYNE BELCHER,*<br>*APPELLANT* | § | *APPEAL FROM THE 115TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *UPSHUR COUNTY, TEXAS* |

## *OPINION*

Appellant, Jason Wayne Belcher, appeals his conviction of the offense of aggravated assault of a child, enhanced by a prior conviction for the same type of conduct. Appellant raises three issues on appeal. We affirm.

## BACKGROUND

Appellant was accused of putting his finger inside the female sex organ of H.C., a child, on or about January 17, 2012. At trial, H.C. testified that Appellant had done this on two occasions.

In February 2014, two months before trial, Appellant's daughter S. told her second grade teacher, Alicia Collier, that her father had been doing "sex things" with her. S. was taken to the Northeast Texas Child Advocacy Center where she was interviewed by Mary Spurlin. S. told Mary Spurlin that Appellant had anal and vaginal intercourse with her starting when she was four years of age and ending around Christmas 2013 when she was eight. S. also told Spurlin that Appellant had sexually abused her younger sister, R., who is severely disabled and cannot communicate verbally.

Immediately prior to trial, the trial court conducted a hearing out of the presence of the jury to determine if the evidence of the extraneous sexual offenses alleged to have been